UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  18-34570 |
| RAYMOND & ELIZABETH EDWARDS | ) | (Jointly Administered) |
| | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

### ORDER GRANTING MOTION TO VACATE PAYROLL CONTROL ORDER

THIS MATTER coming to be heard on the motion of the Debtors to vacate payroll control order, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due notices having been given to the parties entitled thereto, IT IS HEREBY ORDERED:

The motion is granted.  The Order to Employer to Pay the Trustee, Docket #14, is vacated.

Enter:  *[signature]*

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  January 08, 2021

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
rbansfield@davidmsiegel.com